FILE COPY

No. 07-22-00292-CR

| | | |
|---|---|---|
| Darwin Gerod Grant Jr.<br>    Appellant | § | From the Criminal District Court 1<br>    of Tarrant County |
| | § | |
| v. | | April 20, 2023 |
| | § | |
| The State of Texas<br>    Appellee | § | Opinion by Justice Yarbrough |

**J U D G M E N T**

Pursuant to the opinion of the Court dated April 20, 2023, it is ordered, adjudged, and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis,* no costs beyond those that have already been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o